**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

WALTER J. LOGAN, JR. and :
THE DELTA ALLIANCE, LLC, :
: CIVIL ACTION
       Plaintiffs, :
: No. 10-cv-0144
   vs. :
:
SALEM BAPTIST CHURCH OF :
JENKINTOWN, et al., :
:
       Defendants. :

## ORDER

AND NOW, this 29th day of July, 2010, upon consideration of the Motion of Defendants Mary J. Anders and Risa Vetri Ferman to Dismiss Plaintiffs' First Amended Complaint (Doc. No. 25) and Plaintiffs' Response thereto, it is hereby ORDERED that the Motion to Dismiss is DENIED. It is FURTHER ORDERED that Defendants' Motion to Strike Plaintiffs' request for a sum certain from their *ad damnum* clause and paragraph fourteen (14) from the First Amended Complaint is GRANTED.

BY THE COURT:

s/J. Curtis Joyner
J CURTIS JOYNER, J.