# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

WALTER J. LOGAN, JR. and
THE DELTA ALLIANCE, LLC,

        Plaintiffs,

vs.

SALEM BAPTIST CHURCH OF
JENKINTOWN, et al.,

        Defendants.

CIVIL ACTION

No. 10-cv-0144

## ORDER

AND NOW, this 17th day of August, 2010, upon consideration of Defendant Salem Baptist Church's Motion to Dismiss (Doc. No. 30), Defendants Eastburn & Gray, Leopold-Leventhal, and Jonas's Motion to Dismiss (Doc. No. 32), and responses thereto, it is hereby ORDERED that Defendant Salem's Motion is DENIED as to Counts III and IX of Plaintiffs' Amended Complaint, and is GRANTED as to Counts VI, X, XIII, and XIV of Plaintiffs' Amended Complaint.  It is further ORDERED that Defendants Eastburn & Gray, Leopold-Leventhal, and Jonas's Motion is GRANTED in all respects as to Defendant Jonas, and on Counts VII, X, XIII, and XIV as to Defendants Eastburn & Gray and Leopold-Leventhal.  In all other respects, Defendants Eastburn & Gray, Leopold-Leventhal, and Jonas's Motion is DENIED.

                                      BY THE COURT:

                                      s/J. Curtis Joyner
                                      J. CURTIS JOYNER, J.