```
          IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA

WALTER J. LOGAN, JR. and        :
THE DELTA ALLIANCE, LLC,        :
                                :   CIVIL ACTION
          Plaintiffs,           :
                                :   No. 10-cv-0144
     vs.                        :
                                :
SALEM BAPTIST CHURCH OF         :
JENKINTOWN, et al.,             :
                                :
          Defendants.           :
```

## ORDER

AND NOW, this   22nd   day of August, 2013, upon consideration of the Motion for Summary Judgment of Mary Anders and Risa Freeman (ECF No. 73), the Motion for Summary Judgment of Salem Baptist Church of Jenkintown (ECF No. 74), and the responses and replies thereto, it is hereby ORDERED that the Motion of Anders and Ferman (ECF No. 73) is GRANTED with respect to the state law claims against DA Ferman and DENIED in all other respects, and the Motion of Salem (ECF No. 74) is GRANTED with respect to all claims asserted by The Delta Alliance, LLC and DENIED in all other respects.

```
                              BY THE COURT:


                              s/J. Curtis Joyner
                              J CURTIS JOYNER, J.
```